UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHASHAWN WILSON,

                Plaintiff,

- against -

CITY OF NEW YORK, NICHOLAS MCQUAIL, WILIAM DUNN, KARL RUGG and JOHN OR JANE DOES 1-10,

                Defendants.

**ORDER**

21 Civ. 479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for October 28, 2021 is adjourned to **November 16, 2021 at 10:15 a.m.**

Dated:  New York, New York
         October 26, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge