UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHASHAWN WILSON,

               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

               Defendants.

**ORDER**

21 Civ. 479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference previously scheduled for June 18, 2022, will now take place on **June 30, 2022, at 11:45 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated: New York, New York
       May 31, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge