UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHASHAWN WILSON,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

21 Civ. 479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff is directed to respond to Defendants' Letter in Lieu of Reply in Light of Plaintiff's Failure to Oppose Defendants' Motion for Summary Judgment (Dkt. No. 45) by **November 18, 2022**.

Dated: New York, New York
       November 17, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge