

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ZACHARY KALMBACH
*Assistant Corporation Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

October 16, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Rhashawn Wilson v. City of New York, et al.,
               21 Civ. 479 (PGG)

Your Honor:

      I represent defendants City of New York and McQuail in the above-referenced matter. Defendants write to respectfully request that the Court adjourn the conference currently scheduled for October 26, 2023, at 10:00 a.m., to a later date convenient for the Court. This is defendants' first such request. Plaintiff consents to this request.

      By way of background, on September 20, 2023, the Court scheduled a conference for October 12, 2023, at 10:00 a.m. (ECF No. 54). On October 12, 2023, the Court adjourned the conference to October 26, 2023, at 10:00 a.m. (ECF No. 61).

      Defendants respectfully request that the Court adjourn the conference currently scheduled for October 26, 2023, at 10:00 a.m., due to a conflict in another pending matter. Specifically, the plaintiff in the matter Dwight Furet v. City of New York, et al., 22 Civ. 3172 (AT) is scheduled to be deposed on October 26, 2023, at 10:00 a.m. There is an impending discovery deadline in Furet, and deposition scheduling has been unusually difficult due to, *inter alia*, the fact that there are multiple defendants in the case who are represented by different counsel.

      Accordingly, defendants respectfully request that the Court adjourn the conference currently scheduled for October 12, 2023, at 10:00 a.m., to a later date convenient for the Court. For the Court's convenience, the parties are available on November 2, 3, 7, 9, 10, 14, and 16, 2023.

Defendants apologize for any inconvenience this request may cause the Court, and defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **Via ECF**
Ataur Raquib
Samuel DePaola
Sim & DePaola LLP
*Attorneys for plaintiff*

**MEMO ENDORSED:** The conference currently scheduled for October 26, 2023 is adjourned to **November 2, 2023 at 10:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: October 18, 2023