UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHASHAWN WILSON,

               Plaintiff,

- against -

CITY OF NEW YORK, NICHOLAS MCQUAIL, JUSTIN ROGONZINSKY, BRIAN HARTIGAN, BRYAN CARNEY, and JOHN or JANE DOE 1-10,

               Defendants.

**ORDER**

21 Civ. 479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As stated on the record at today's conference, Plaintiff is directed to file proof of service as to Defendant Officer Bryan Carney on the docket by **November 15, 2015**. Failure to meet this deadline will result in the dismissal of Plaintiff's claims against Carney for failure to prosecute.

       The deadline for Plaintiff to take the depositions of Defendants McQuail, Rogonzinsky, Hartigan, and Carney is **January 2, 2024**. This deadline will not be extended.

       The next conference in this matter will take place on **January 4, 2024 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York**.

Dated: New York, New York
       November 2, 2023

SO ORDERED.

*Paul S. Gardephe*
_____
Paul G. Gardephe
United States District Judge