UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHASHAWN WILSON,

                Plaintiff,

- against -

CITY OF NEW YORK, NICHOLAS MCQUAIL, JUSTIN ROGONZINSKY, BRIAN HARTIGAN, BRYAN CARNEY, and JOHN or JANE DOE 1-10,

                Defendants.

**ORDER**

21 Civ. 479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's conference, moving papers for Defendants' motion for summary judgement are due **March 7, 2024**. Plaintiff's opposition papers are due **April 8, 2024**. Defendants' reply papers, if any, are due on **April 22, 2024**.

Dated: New York, New York
       February 7, 2024

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge