UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHASHAWN WILSON,<br><br>      Plaintiff,<br><br>  - against -<br><br>CITY OF NEW YORK, NICHOLAS MCQUAIL, JUSTIN ROGONZINSKY, BRIAN HARTIGAN, BRYAN CARNEY, and JOHN or JANE DOE 1-10,<br><br>      Defendants. | **ORDER**<br><br>21 Civ. 479 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    In a May 9, 2024 order, this Court directed Plaintiff Wilson to file any opposition to Defendants' summary judgment motion (Dkt. No. 91) by May 10, 2024. (Dkt. No. 98) The May 9, 2024 order states that if Plaintiff does not make a submission by that date, Defendants' motion will be deemed unopposed. Plaintiff filed opposition papers on May 11, 2024. (Dkt. Nos. 99-102) Although Plaintiff's submission was filed one day late, the Court will consider it.

    Defendants' reply papers – and Defendants' opposition to Plaintiff's cross-motion for partial summary judgment (Dkt. No. 99) – are due by **May 28, 2024**.

Dated: New York, New York
    May 13, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge